1  **WO**

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA

9  Rodney Moore,                       )   No. CV 05-3285-PHX-JAT
                                       )
10           Petitioner,                )   **ORDER**
                                       )
11  vs.                                )
                                       )
12                                     )
    Dora B. Schriro, et al.,           )
13                                     )
             Respondents.              )
14                                     )
                                       )
15

16       Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus
17  ("Petition") (Doc. #1, as amended at Doc. #4). The Magistrate Judge issued a Report and
18  Recommendation ("R&R") (Doc. #14) recommending that the Petition be denied.
19       Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts
20  the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
21  required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
22  (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en
23  banc*) ("statute makes it clear that the district judge must review the magistrate judge's
24  findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
25  in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).
26       However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the
27  Magistrate Judge states that his recommendation is subject to the District Court conducting,
28  "its independent review of the record." The Court is unclear whether the Magistrate Judge

1  is attempting to direct this Court to conduct a *de novo* review or is suggesting some other
2  standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not
3  conducted any review because no objections were filed. If Petitioner (or Respondents) failed
4  to file objections in reliance on the Magistrate Judge's admonition to the District Court,
5  either party may move for reconsideration of this Order within thirty days and shall
6  contemporaneously file such parties' objections with the motion for reconsideration.

7  Accordingly,

8  **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
9  Recommendation (Doc. #14) is **ACCEPTED**;

10  **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
11  (Doc. #1 as amended at Doc. #4) is **DENIED**; and

12  **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH**
13  **PREJUDICE**.

14  DATED this 28th day of September, 2006.

_____
James A. Teilborg
United States District Judge